**No. 45597.**—Protests 977398–G, etc., of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of figures in chief value of metal similar to those the subject of *United States* v. *Woolworth* (28 C. C. P. A. 196, C. A. D. 145) the claim at 45 percent under paragraph 397 was therefore sustained.